United States District Court

Eastern District of California

Jose Alfredo Soto,

      Petitioner,                        No. Civ. S 04-2122 MCE PAN P

  vs.                                   Order

D. Adams,

      Respondent.

-oOo-

    June 2, 2005, the court found petitioner's habeas application contained both exhausted and unexhausted claims and gave him 60 days to file an amended petition containing only exhausted claims and a motion to hold this matter in abeyance.

    July 25, 2005, petitioner filed an amended petition and a motion to hold this action in abeyance but a different prisoner purports to represent petitioner on the motion.

    A party appearing pro se may not delegate his appearance to any other person.  L.R. 83-183(a).  Only an attorney admitted to

practice in this court who has appeared on petitioner's behalf may represent petitioner and accept service of papers for him. L.R. 5-137(b), 83-180(a), 83-182(a).  Petitioner makes no showing his "jailhouse lawyer" satisfies these requirements.

Accordingly, petitioner's July 25, 2005, motion is denied without prejudice to petitioner filing a motion to stay this action within 30 days of the date this order is signed.

So ordered.

Dated:   November 22, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge